THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Respondent, *v.* FREDERICK H. EBSTEIN, as Receiver of Taxes of the City of New York, Appellant.

*People ex rel. N. Y., W. & B. Ry. Co.* v. *Ebstein,* 172 App. Div. 957, affirmed.

(Argued October 9, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 28, 1916, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to credit the relator with a certain sum against its assessment for special franchises. The question presented is the proper construction, since the amendment of section 914 of the New York charter by chapter 455, Laws of 1911, of the provisions of section 48 of the Tax Law, authorizing the credit of payments, in the nature of a tax, against the tax on special franchises. The relator's 1912 taxes are here the subject of dispute. On May 1, 1912, half of these taxes, and half only, became due and payable. This half amounted to $3,288.51. The chamberlain's certificate appears to have been issued on April twenty-seventh. In the six months preceding the last-mentioned date the relator had concededly paid $4,000. This extinguished the May installment and left $711.49 to relator's credit. The November installment of taxes was $3,288.51. Between April twenty-seventh and October twenty-

seventh (the dates of the chamberlain's certificates) the relator had further paid $4,000, which, added to the credit of $711.49 carried forward from May, gave $4,711.49 to its credit, or more than sufficient to extinguish the second installment of 1912 taxes.

*Lamar Hardy, Corporation Counsel (William H. King* and *Addison B. Scoville* of counsel), for appellant.

*Ralph Polk Buell* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.